CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 13 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER DEAN HUBBARD, | ) |
| Plaintiff, | ) Case No. 7:11CV00162 |
| v. | ) |
| | ) **FINAL ORDER** |
| COMMONWEALTH, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

In accordance with memorandum opinion entered February 28, 2011, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is hereby **CONSTRUED** as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and is **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Cases; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability so as to allow an appeal of this decision to the United States Court of Appeals for the Fourth Circuit is **DENIED**.

The clerk shall send a copy of this final order and the accompanying memorandum opinion to the plaintiff/petitioner.

ENTER: This 13th day of April, 2011.

_____
Chief United States District Judge